# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:  Jeremy D. Eveland )<br>Attorney at Law, Bar No. 8449 )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  ) | Case No.: 2:16-ms-81<br><br>**ORDER OF SUSPENSION** |

    On October 24, 2016, this Court entered an Order to Show Cause Suspension for Jeremy D. Eveland, mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 28, 2016. The Order to Show Cause provided Mr. Eveland with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Eveland. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 11-7.

    Accordingly, **IT IS HEREBY ORDERED** that Jeremy D. Eveland, Nevada State Bar #8449, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

    **DATED** this   13   day of December, 2016.

                                                             _____
                                                           Gloria M. Navarro, Chief Judge
                                                           United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>13th</u> day of December, 2016, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Jeremy D. Eveland
    8833 S. Redwood Rd., Ste. C-2
    West Jordan, UT 84088

Certified Mail No.:   7016 2070 0000 6879 7044

    /s/
    Deputy Clerk
    United States District Court,
    District of Nevada