# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Jeremy D. Eveland
Attorney at Law, Bar No. 8449

Case No.: 2:16-ms-00081

ORDER GRANTING MOTION FOR REINSATEMENT

[ECF No. 3]

Jeremy Eveland was suspended from practicing law in this court on December 13, 2016. He was suspended from the practice of law in Nevada by the Supreme Court of Nevada on March 21, 2018. On December 22, 2023, Mr. Eveland was reinstated to practice in Nevada after the State Bar of Nevada and the Supreme Court of Nevada found that he had complied with all conditions for reinstatement. Mr. Eveland now moves to be reinstated to this court. ECF No. 3.

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." The decision as to whether and under what circumstances the attorney will be reinstated to practice before this court is left to the discretion of the Chief Judge or their designee. *See id.*

I will grant the Petition. The State Bar of Nevada conducted a thorough investigation and hearing regarding Mr. Eveland's competence and character and recommended that he be reinstated. The Supreme Court of Nevada agreed and reinstated him. Mr. Eveland has sufficiently demonstrated that he is qualified to resume practicing before this court.

/ / / /

/ / / /

/ / / /

I therefore order that Mr. Eveland's motion for reinstatement (ECF No. 3) is granted and he is reinstated to practice in United States District Court for the District of Nevada.

DATED this 24th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 25th day of March 2025, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Jeremy Eveland
>17 N. State St.
>Lindon, UT 84042
>
>Certified Mail No.: 9589 0710 5270 1165 2468 11

>/s/ Sharon H.
>Deputy Clerk
>United States District Court,
>District of Nevada